## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS - URBANA DIVISION

| | |
|---|---|
| DANIEL IGWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 15-cv-02303 |
| ) | |
| ST. MARY'S HOSPITAL, DECATUR, ) | |
| of the Hospital Sisters of the Third ) | |
| Order of St. Francis and DENISE ) | |
| SMITH, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR RELIEF FROM ORDER**

**NOW COMES** Plaintiff DANIEL IGWE's counsel, Jeff W. Lindsay, of the law firm of Jeff W. Lindsay, P.C. who respectfully requests relief from the Courts' September 26, 2018 order pursuant to Rule 60(b)(6); and in support thereof, states:

1.  On December 15, 2017, the parties recited certain terms of a settlement agreement into the record.

2.  At the request of counsel, on September 26, 2018, this matter came before the Court for status on the issue of settlement between the parties.

3.  On September 26, 2018 the court entered an order requiring the parties to notify the Court that they have reached a settlement by October 17, 2018 or Defendant shall file a Motion to Enforce settlement.

4.  On September 28, 2018, the court release a copy of the transcript from the December 15, 2017 proceedings to the parties.

5.   Despite the best efforts of counsel and the Court, a review of the transcript reveals that the most of the unresolved issues were resolved with an agreement to agree in the future and therefore is likely unenforceable.

6.   For ten months, Counsel and the Court has worked diligently with the parties to reach resolution on this matter.

7.   Over the past ten months, largely due to the assistance of this Court, the parties have reached settlement on all issues saving, including but not limited to, two numbers, a word, and a list of names.

8.   On information and belief, litigation to decide the intent of the parties and whether the transcript is an enforceable contract will far outweigh the assistance of the Court in a four-way settlement conference on the unresolved issues.

9.   As a rule, on motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for any other reason that justifies relief. Fed. R. Civ. P. 60

10.   This Court has been instrumental in assisting the parties to reach resolution in this matter. In the interest of justice, fairness, and judicial economy, this Court must relieve the parties from the impending litigation that will ensue and use its knowledge, counsel and conciliative power to help these parties reach resolution on the few remaining issues.

**WHEREFORE**, Counsel, Jeff W. Lindsay of the law firm of Jeff W. Lindsay, P.C. respectfully requests relief from the Courts' September 26, 2018 order and further requests the Court to enter an order for a continued settlement conference,

in open court with Plaintiff and Counsel for all parties present, in an attempt to

resolve the remaining unresolved issues impeding settlement of this case.

                                         Respectfully submitted,

                                         **JEFF W. LINDSAY, P.C.**

                                         By: /s/ Jeff W. Lindsay
                                                 Attorney & Counselor at Law

### CERTIFICATE OF SERVICE

       I, Jeff W. Lindsay, on oath state that on October 16, 2018, I electronically filed this Motion to Reconsider with the Clerk of the Court using the CMECF system which will send notification of such filing to the following party of record.

Ms. Noreen Cull
Drinker Biddle & Reath, LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606
Noreen.Cull@dbr.com

                                         Respectfully submitted,

                                         **JEFF W. LINDSAY, P.C.**

                                         By: /s/ Jeff W. Lindsay
                                                 Attorney & Counselor at Law

Jeff W. Lindsay, P.C.
318 W. Washington Street
Bloomington, Illinois 61701
(309) 827-5426
SCOTUS No: 306244
ILSC. Cert. No: 16554
Atty. No.: 6291747
notice@jeffwlindsay.com