IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS - URBANA DIVISION

| | | |
|---|---|---|
| DANIEL IGWE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15-cv-02303 |
| | ) | |
| ST. MARY'S HOSPITAL, DECATUR, of the Hospital Sisters of the Third Order of St. Francis and DENISE SMITH, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants, St. Mary's Hospital, of the Hospital Sisters of the Third Order of St. Francis and Denise Smith (collectively "Defendants"), by their attorneys, respectfully move pursuant C.D. Ill. Local Rule 5.10 for leave to file under seal Defendants' Motion to Enforce Settlement and Exhibit A attached thereto. In support of their motion, Defendants state as follows:

1.  On December 15, 2017, the parties participated in an in-person settlement conference before Magistrate Judge Eric Long and a settlement was reached. The material terms of the agreement reached were read into the record by Magistrate Judge Long. A copy of the transcript from the settlement conference was released under seal by the Court on October 1, 2018, *see* Dkt. #44.

2.  As set forth in the transcript, one of the terms of the settlement reached is confidentiality as to the terms of the agreement. (*See* Dkt. #44.)

3.  Despite many discussions and across many months following the settlement conference, Plaintiff has refused to agree to language for the written Settlement Agreement that is in accord with the terms of the oral settlement reached by the parties at the settlement conference.

4.	On September 26, 2018, the Court held a status conference regarding the status of the settlement papers and entered an order providing that if the settlement papers were not finalized by October 17, 2017, Defendants shall file a motion to enforce settlement.

5.	Defendants' Motion to Enforce Settlement will reference certain terms of the settlement reached.  Therefore, in order to avoid violating the confidentiality term of the parties' settlement, Defendants request that they be permitted to file their Motion to Enforce Settlement and Exhibit A attached thereto under seal.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that this Court enter an Order granting Defendants leave to file Defendants' Motion to Enforce the Settlement and Exhibit A attached thereto under seal.

Dated: October 17, 2018

> Respectfully submitted,
> **ST. MARY'S HOSPITAL and DENISE SMITH**
>
> By:  *s/Stephanie Dodge Gournis*
> Stephanie Dodge Gournis, Esq. (ARDC # 6215978)
> Noreen H. Cull, Esq. (ARDC # 06229417)
> Drinker Biddle & Reath LLP
> 191 North Wacker Drive, Suite 3700
> Chicago, Illinois 60606
> Telephone:  (312) 569-1000
> Stephanie.gournis@dbr.com
> Noreen.cull@dbr.com