IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS - URBANA DIVISION

| | |
|---|---|
| DANIEL IGWE, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) No. 15-cv-02303 |
| ST. MARY'S HOSPITAL, DECATUR, of the Hospital Sisters of the Third Order of St. Francis and DENISE SMITH, | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION FOR RELIEF FROM ORDER**

Defendants, St. Mary's Hospital, of the Hospital Sisters of the Third Order of St. Francis and Denise Smith (collectively "Defendants") by their attorneys, Drinker Biddle & Reath LLP, submit their response to Plaintiff Daniel Igwe's ("Plaintiff") Motion for Relief from Order as follows:

1.  On December 15, 2017, following an in-person settlement conference before Magistrate Judge Long, the parties reached a settlement. The material terms of this settlement were recited into the record by Magistrate Judge Long. (*See* transcript, Dkt. # 44.)

2.  Following that settlement, Defendants' counsel prepared an agreement memorializing the terms of the settlement ("Settlement Agreement") and sent it to Plaintiff's counsel. Despite many discussions over an extended period of time, the parties have been unable to agree to certain language for the written Settlement Agreement.

3.  On September 26, 2018, the Court entered an order providing that if settlement papers were not finalized by October 17, 2018, Defendants should file a motion to enforce settlement. Defendants filed such a motion to enforce settlement on October 17, 2018. (*See* Dkt. # 47.)

4.	On October 16, 2018, Plaintiff filed a "Motion for Relief for Order," requesting that the Court "enter an order for a continued settlement conference in open court with Plaintiff and Counsel present, in an attempt to resolve the remaining unresolved issues impending settlement of this case" (*see* Dkt. #45) ("Plaintiff's Motion").

5.	Defendants agree that the outstanding settlement agreement language issues are few, however, Defendants disagree with Plaintiff's characterization in his Motion related to such outstanding issues.  For example, compare Plaintiff's reference in his Motion to a "list of names" (Dkt. #45, ¶ 7) with Defendants' explanation of such list in footnote 1 of Defendant's Motion to Enforce Settlement (Dkt. # 47, pg. 3).

6.	Defendants oppose Plaintiff's request for a "continued settlement conference" as this case has already settled.  (*See* Defendants' Motion to Enforce Settlement, Dkt. #47.)  Moreover, contrary to the assertion otherwise in Plaintiff's motion, Defendants contend that the transcript sets forth the essential terms of the settlement reached.  (*See id.* and Ex. A thereto.)

For the foregoing reasons, Defendants respectfully request that this Court deny Plaintiff's Motion for Relief from Order.

Dated:  October 30, 2018                                        Respectfully submitted,

**ST. MARY'S HOSPITAL and DENISE SMITH**

By:   *s/Stephanie Dodge Gournis*
Stephanie Dodge Gournis, Esq. (ARDC # 6215978)
Noreen H. Cull, Esq. (ARDC # 06229417)
Drinker Biddle & Reath LLP
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone:  (312) 569-1330
Stephanie.gournis@dbr.com
Noreen.cull@dbr.com

2

94483205.1