E-FILED
Wednesday, 31 October, 2018  09:46:35 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS - URBANA DIVISION

DANIEL IGWE,                                    )
                                                )
                Plaintiff,        )
                                                )
    v.                                          )
                                                )   No. 15-cv-02303
ST. MARY'S HOSPITAL, DECATUR,                   )
of the Hospital Sisters of the Third            )
Order of St. Francis and DENISE                 )
SMITH,                                          )
                                                )
                Defendant.        )

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSE TO MOTION TO ENFORCE SETTLEMENT

**NOW COMES** Plaintiff, DANIEL IGWE by and through his  attorney, Jeff W. Lindsay, P.C. and respectfully requests this Court to grant Plaintiff an extension of time, up to and including November 2, 2018, to file a response to Defendant's Motion to Enforce Settlement and in support of of his motion states as follows:

### FACTS

1.  On September 26, 2018, the Court entered an order setting a deadline to file a notice of settlement or Plaintiff to file a Motion to Enforce Settlement and Plaintiff was given 14 days thereafter to file a Response to Plaintiff's Motion to Enforce Settlement Agreement.

2.  On October 18, 2018, the Court granted Defendant Leave to File its Motion to Enforce Settlement Agreement Under Seal.

3.  On October 19, 2018, the Court entered an Order setting October 31, 2018 as Plaintiff's deadline to file his Response.

4.  Recognizing that the Motion to Enforce filed as an exhibit very well could be construed to and in fact retroactively filed to October 18, 2018, Plaintiff's under the belief and docketed November 1, 2018 as Plaintiff's deadline to respond to the motion.

5.  Upon becoming aware of the October 31, 2018 deadline, counsel proceeded to a copy of the Sealed Motion to Enforce the Settlement. However, due to a technical issue beyond counsel's immediate control, counsel for Defendant is unable to view Defendant's Motion to Enforce Settlement.

6.  On information and belief, the technical issue relates to the fact that the motion was filed under seal and Plaintiff counsel usernames for CM/ECF and PACER are different.

7.  On information and belief, the technical issue will be resolved by working with the Clerk's Office, CM/ECF and PACER on November 1, 2018.

8.  Additionally, if the technical issue cannot be resolved by November 1, 2018, Defense counsel anticipates that will receive a courtesy copy of the Motion from Defendant's counsel or the Clerk of Court on November 1, 2018.

## ARGUMENT

The above facts and circumstances justify good cause for this Court to grant request for an extension of time up to and including November 2, 2018 to file a to Defendant's Motion to Enforce Settlement.

**WHEREFORE**, Plaintiff DANIEL IGWE by and through his attorney, Jeff W. Lindsay, P.C. respectfully request this Court to grant Plaintiff and extension of

time to file his Response to Defendant's Motion to Enforce Settlement filed under

seal, up to and including November 2, 2018.

Respectfully submitted,

**JEFF W. LINDSAY, P.C.**

By: /s/ Jeff W. Lindsay
      Attorney & Counselor at Law

## CERTIFICATE OF SERVICE

I, Jeff W. Lindsay, on oath state that on October 31, 2018, I electronically filed this Motion with the Clerk of the Court using the CMECF system which will send notification of such filing to the following party of record.

Ms. Noreen Cull
Drinker Biddle & Reath, LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606
Noreen.Cull@dbr.com

Respectfully submitted,

**JEFF W. LINDSAY, P.C.**

By: /s/ Jeff W. Lindsay
      Attorney & Counselor at Law

Jeff W. Lindsay, P.C.
318 W. Washington Street
Bloomington, Illinois 61701
(309) 827-5426
SCOTUS No: 306244
ILSC. Cert. No: 16554
Atty. No.: 6291747
notice@jeffwlindsay.com