IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS - URBANA DIVISION

| | |
|---|---|
| DANIEL IGWE, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) No. 15-cv-02303 |
| ST. MARY'S HOSPITAL, DECATUR, of the Hospital Sisters of the Third Order of St. Francis and DENISE SMITH, | )<br>)<br>)<br>)<br>) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO ALLOW PLEADING TO REMAIN SEALED OR IN THE ALTERNATIVE FOR LEAVE TO FILE UNDER SEAL, INSTANTER**

**NOW COMES** Plaintiff DANIEL IGWE by and through his attorney, Jeff W. Jeff W. Lindsay, P.C. respectfully requests the Court to allow the motion to remain sealed or in the alternative leave of Court to file a motion under seal, instanter pursuant to Local Rule 5.10; and in support thereof, states:

1.  On December 15, 2017, the parties participated in an in-person settlement conference before Magistrate Judge Eric Long and a settlement was reached. The material terms of the agreement reached were read into the record by Magistrate Judge Long. A copy of the transcript from the settlement conference was released under seal by the Court on October 1, 2018, See Dkt. #44.

2.  As set forth in the transcript, one of the issues discussed during the settlement conference is confidentiality as to the terms of the agreement. See Dkt. #44.

3.  On November 8, 2018, the Court entered a final judgment.

4. Plaintiffs' Motion to Alter or Amend Judgment will reference certain terms of the sealed transcript of proceedings. Therefore, to avoid violating any possible confidentiality term, Plaintiff requests that he be permitted to file his Motion to Alter or Amend Judgment that is filed contemporaneously herewith.

**WHEREFORE**, Plaintiff DANIEL IGWE by and through his attorney, Jeff W. Jeff W. Lindsay, P.C. respectfully requests the Court to enter an order allowing the motion to remain sealed or in the alternative, leave to file the motion under seal, instanter.

Respectfully submitted,

**JEFF W. LINDSAY, P.C.**

By: /s/ Jeff W. Lindsay
Attorney & Counselor at Law

## CERTIFICATE OF SERVICE

I, Jeff W. Lindsay, on oath state that on December 6, 2018, I electronically filed this Motion with the Clerk of the Court using the CMECF system which will send notification of such filing to the following party of record.

Ms. Noreen Cull
Drinker Biddle & Reath, LLP
191 North Wacker Drive, Suite 3700
Chicago, IL 60606
Noreen.Cull@dbr.com

Respectfully submitted,

**JEFF W. LINDSAY, P.C.**

By: /s/ Jeff W. Lindsay
Attorney & Counselor at Law

Jeff W. Lindsay, P.C.
318 W. Washington Street
Bloomington, Illinois 61701
(309) 827-5426
SCOTUS No: 306244
ILSC. Cert. No: 16554
Atty. No.: 6291747
notice@jeffwlindsay.com