IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS - URBANA DIVISION

| | |
|---|---|
| DANIEL IGWE, | ) |
|             Plaintiff, | ) |
| v. | ) No. 15-cv-02303 |
| ST. MARY'S HOSPITAL, DECATUR, of the Hospital Sisters of the Third Order of St. Francis and DENISE SMITH, | ) |
|            Defendants. | ) |

## SETTLEMENT STATUS REPORT

Pursuant to the Court's Order of January 7, 2019, Defendant St. Mary's Hospital, of the Hospital Sisters of the Third Order of St. Francis and Defendant Denise Smith (collectively "Defendants"), through their attorneys, submit this Status Report in this case:

1.  On today's date Defendants sent to Plaintiff's counsel by email and regular mail delivery a written Acknowledgement of obligations pursuant to the December 15, 2017 settlement agreement, as discussed on the record.

2.  On today's date Defendants also tendered the agreed-upon settlement amount, stated in the court transcript, to Plaintiff's attorney, made payable to Plaintiff's attorney.

Dated:  February 11, 2019               Respectfully Submitted,

By:  /s/ Stephanie Dodge Gournis

Stephanie Dodge Gournis (ARDC # 6215978)
Noreen H. Cull, Esq. (ARDC # 6229417)
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 569-1000
Fax:  (312) 569-3334
Email: Stephanie.Gournis@dbr.com
Email: Noreen.Cull@dbr.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on February 11, 2019, she caused a copy of the foregoing **Settlement Status Report** to be served by email and regular mail to the following:

Jeff W. Lindsay
The Law Firm of Jeff W. Lindsay, P.C.
318 W. Washington Street
Bloomington, IL 61701
Phone: (309) 827-5426
Fax: (309) 827-5427
Email: jeffwlindsay@gmail.com


By: /s/ Stephanie Dodge Gournis
Stephanie Dodge Gournis
(ARDC # 6215978)
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: (312) 569-1327
Fax: (312) 569-3327

97075701.1